```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES

v.                         CRIMINAL NO. 5:21-cr-5-DCB-FKB-1

LAKETIA ANDREWS CROSSLEY

                            ORDER

   Before the is the court is defense Motion [227] to Compel Brady Material.  The United States shall respond to this motion on or before February 24, 2023, at 11:00 AM.

   SO ORDERED, this the 23rd day of February, 2023.

                                   s/David Bramlette_____
                                   David C. Bramlette
                                   United States District Judge